**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michelle Tenzer-Fuchs, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br><br>Ammonita, Inc d/b/a Caramellita.com<br><br>Defendant. | Case No. 2:21-cv-1425<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant, Ammonita, Inc d/b/a Caramellita.com shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Forest Hills, New York
            June 18, 2021

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jonathan@ShalomlawNY.com

*Attorneys for Plaintiff*

**SO ORDERED.**

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

The Clerk of the Court is directed to mark this case CLOSED.

Dated: June 21, 2021
       Central Islip, New York